UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| Hope Womble, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:15-cv-33 JMB |
| | ) | |
| Dennis J. Barton, III, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The above styled and numbered case was filed on May 8, 2015.

Due to Clerk's error, the above case was transferred to the Northern Division and assigned case number 2:15-cv-33 JMB. After a further review of the case, the Clerk's Office determined that the case was opened correctly in the Eastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred back to the Eastern Division and assigned to the Honorable John M. Bodenhausen, United States Magistrate Judge, under cause number 4:15-cv-00734 JMB.

**IT IS FURTHER ORDERED** that cause number 2:15-cv-33 JMB be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: June 1, 2015    By:/s/ Michele Crayton
Deputy In Charge

**In all future documents filed with the Court, please use the following case number 4:15cv00734 JMB.**